■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AKUUDO PETRIE, Appellant. [964 NYS2d 55]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Maxwell Wiley, J.), rendered on or about June 8, 2011, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so ap-

pealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Sweeny, Renwick, Richter and Román, JJ.